■ In the Matter of CARL A. GUTZMER, Appellant, v MYRIAM L. SANTINI, Respondent. [873 NYS2d 229]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 24, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, dismissed the petitions seeking to modify an order of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.